# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| | Case Number: 8:92-CR-71-T-17MAP |
| | USM Number: 15906-018 |
| JEFFREY MARTIN MEYER | |
| | AFPD Adam Allen |
| | Defense Attorney |

**THE DEFENDANT:**

__X__  admitted guilt to violation of charge number(s) __1, 2, 3 and 4__ of the term of supervision.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to report | April 16, 2007 |
| 2 | Positive urinalysis, Cocaine | April 9, 2007 |
| 3 | Use of Alcohol | April 9, 2007 |
| 4 | Failure to participate in Mental Health Counseling | April 13, 2007 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Judgment: April 30, 2007

*[signature]*

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Date: April __30th__, 2007

AO 245D (Rev. 01/07) Judgment in a Criminal Case for Revocation
Sheet 2 - Imprisonment

Judgment - Page 2 of 2

DEFENDANT: JEFFREY MARTIN MEYER
CASE NUMBER: 8:92-CR-71-T-17MAP

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **FIFTEEN (15) MONTHS.**

## RECOMMENDATIONS TO THE U.S. BUREAU OF PRISONS:

(1) Incarceration at Jesup, GA.
(2) Intensive substance abuse counseling for drugs and alcohol.
(3) Mental health counseling - see medical records from FMC Rochester, MN.
(4) Defendant shall have all appropriate and necessary medications administered to him in conjunction with his mental health needs.
(5) Provide vocational training as available; Defendant has an interest in working in the animal care field, to include care of stray animals.

__X__ The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at

_____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL